**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 13-20537-CR-GRAHAM/GOODMAN**

UNITED STATES OF AMERICA

v.

JOSE RAFAEL MARTE,

  Defendant.
_____/

## REPORT AND RECOMMENDATIONS ON CHANGE OF PLEA

This Cause is before the Undersigned on the District Court's Order of Reference [ECF No. 17] to conduct a change of plea hearing for the acceptance of defendant Jose Rafael Marte's guilty plea, and the Undersigned, having conducted the hearing, recommends to the District Court as follows:

1.      On October 21, 2013, the Undersigned convened a hearing to permit the defendant to enter a change of plea. [ECF No. 21]. The Undersigned advised the defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further, the Undersigned advised the defendant that the Undersigned was conducting the change of plea hearing on an Order of Reference from the District Court and with the agreement of the defendant, the defendant's attorney, and the Assistant United States Attorney assigned to this case. The Undersigned further advised the defendant that the District Judge assigned to this case would be the

1

sentencing judge and would make all findings and rulings concerning the defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2.     The Undersigned advised the defendant that the defendant did not have to permit the Undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge. The defendant, the defendant's attorney, and the Assistant United States Attorney assigned to this case all agreed on the record and consented to the Undersigned conducting the change of plea hearing.

3.     The Undersigned conducted a plea colloquy in accordance with Rule 11 of the Federal Rules of Criminal Procedure.

4.     There is a written plea agreement that has been entered into by the parties in this case. The Undersigned reviewed the plea agreement on the record and had the defendant acknowledge that the defendant signed the plea agreement. The Undersigned also made certain that the defendant was aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to the plea agreement and the applicable statutes.

5.     The defendant pled guilty to **Count I** as set forth in the Indictment, which charges that the defendant knowingly and intentionally possessed with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. [ECF Nos. 1; 23]. Count I further alleged that, pursuant to 21 U.S.C. § 841(b)(1)(C), this

violation involved a quantity of 3,4-methylenedioxy-N-methylcathinone, commonly referred to as methylone, which is a Schedule 1 controlled substance. [*Id.*].

6.     The Government provided a factual basis for the entry of the defendant's plea in a factual proffer, which was signed by the defendant, and which included all of the essential elements of the crime to which the defendant is pleading guilty and any sentencing enhancements and/or aggravating factors that may be applicable. The defendant acknowledged the possible maximum penalty which could be imposed in this case.

7.     Based upon all of the foregoing and the plea colloquy conducted by the Undersigned, the Undersigned respectfully recommends to the District Court that the defendant be found to have freely and voluntarily entered a guilty plea to Count I of the Indictment, as more particularly described herein, and that the defendant be adjudicated guilty of these offenses.

8.     A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing has been set for **January 2, 2014 at 10:30 a.m., at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida.**

**ACCORDINGLY,** the Undersigned **respectfully recommends** to the District Court that the defendant's plea of guilty be accepted, the defendant be adjudicated

guilty of the offense to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendations within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Failure to file timely objections waives a party's right to review issues related to the defendant's plea under Federal Rule of Criminal Procedure 11 before the District Judge or the Court of Appeals (even under a plain error standard). *See* Fed. R. Crim. P. 59(b)(1), (2), *cited in United States v. Lewis*, 492 F.3d 1219, 1222 (11th Cir. 2007) (en banc).

**RESPECTFULLY RECOMMENDED**, in Chambers, in Miami, Florida, October 22, 2013.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Donald L. Graham
All Counsel of Record
United States Probation

4